

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00665-CV

Marco A. **MONTEMAYOR**, in his Official Capacity as Webb County Attorney,
Appellant

v.

**WEBB COUNTY COMMISSIONERS COURT**, Webb County Judge Tano Tijerina, in his
Official Capacity, Webb County Commissioner John Galo, in his Official Capacity, Webb
County Commissioner, Jesse Gonzalez, in his Official Capacity, et al.,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017CVK002307D3
Honorable Stephen Williams, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed:  November 1, 2017

DISMISSED

Appellant has filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP.
P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the
assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)
(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM